IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **Allen F. Johnson, Jr.**, | ) | C/A No. 3:05-1586-CMC-BM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AND OPINION** |
| | ) | |
| **Steve Bené, Esq., VP General Counsel and** | ) | |
| **Corporate Security; and Electronic Arts, Inc.**, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This civil action was filed, *pro se*, by a private citizen on June 3, 2005. However, an initial review by the court revealed that certain required forms were not completed or were in improper form. On June 13, 2005, United States Magistrate Judge Bristow Marchant signed an Order directing Plaintiff Johnson to bring the case into proper form within twenty (20) days. The Clerk of Court mailed new forms to Plaintiff.

To date, Plaintiff has failed to submit the proper forms as directed and the twenty day period has expired. Therefore, this case is ***dismissed without prejudice.***

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 28, 2005

C:\temp\notesFFF692\~3943846.wpd